**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ryan** | **Jeremy** | **Krueger** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | **18-20197** | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Unemployed** | **Teacher/Horseback Riding** |
| Employer's name | | | **Lone Star Equestrian Riding Center** |
| Employer's address | | | **9085 Devonwood Court** |
| | | Number  Street | Number  Street |
| | | | **Gainesville       GA    30506** |
| | | City       State  Zip Code | City       State  Zip Code |
| How long employed there? | | | **15 Years** |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +  $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.    $0.00 | $0.00 |

Debtor 1    Ryan Jeremy Krueger    Case number (if known) 18-20197

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................................... ➔ | 4. | $0.00 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $1,126.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $1,429.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: Savings Supplement | 8h. + | $1,252.00 | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $2,681.00 | $1,126.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,681.00 + $1,126.00 = $3,807.00 | |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +    $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $3,807.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain: Debtor lost his job 2/1/18 and is receiving unemployment. He plans to use savings from his 401(k) and his 2017 tax refund to supplement his unemployment income until he gets a new job.

Official Form 106I    Schedule I: Your Income    page 2

Debtor 1  **Ryan Jeremy Krueger**  Case number (if known) **18-20197**

8a. Attached Statement (Non-Filing Spouse)

## Lone Star

**Gross Monthly Income:** $1,746.00

| Expense | Category | Amount |
|---|---|---|
| Horse Hay | Supplies | $120.00 |
| Supplies | Feed | $400.00 |
| Supplies | Horse Shoes | $100.00 |

**Total Monthly Expenses** $620.00

**Net Monthly Income:** $1,126.00

Official Form 106I  Schedule I: Your Income  page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan** | **Jeremy** | **Krueger** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number   **18-20197**
(if known)

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and    ☑ Yes. Fill out this information for each dependent........
   Debtor 2.

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No ☑ Yes |
| Daughter | 7 | ☐ No ☑ Yes |
| Son | 4 | ☐ No ☑ Yes |
| Daughter | 2 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.        4.        $1,003.00
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                             4a.   _____

   4b. Property, homeowner's, or renter's insurance                  4b.   _____

   4c. Home maintenance, repair, and upkeep expenses                 4c.   _____

   4d. Homeowner's association or condominium dues                   4d.        $12.00

Official Form 106J                     Schedule J: Your Expenses                              page 1

| Debtor 1 | Ryan Jeremy Krueger | Case number (if known) | 18-20197 |
|---|---|---|---|

Your expenses

| | | | |
|---|---|---|---:|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $230.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $55.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $170.00 |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | $340.00 |
| 8. | **Childcare and children's education costs** | 8. | $465.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | 11. | $50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $197.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | $200.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: **Wife's Car Payment** | 17c. | $385.00 |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | |

Official Form 106J                           Schedule J: Your Expenses                                page 2

Debtor 1   **Ryan Jeremy Krueger**                                 Case number (if known)   **18-20197**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a. Mortgages on other property                                           20a. _____

    20b. Real estate taxes                                                     20b. _____

    20c. Property, homeowner's, or renter's insurance                          20c. _____

    20d. Maintenance, repair, and upkeep expenses                              20d. _____

    20e. Homeowner's association or condominium dues                           20e. _____

21. **Other.** Specify: _____                21. + _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                               22a.   **$3,107.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

    22c. Add line 22a and 22b. The result is your monthly expenses.            22c.   **$3,107.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.          23a.   **$3,807.00**

    23b. Copy your monthly expenses from line 22c above.                       23b. − **$3,107.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                                23c.     **$700.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
    **None.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ryan** <br> First Name | **Jeremy** <br> Middle Name | **Krueger** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number <br> (if known) | **18-20197** | | |

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets** <br> Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B............................................................  $144,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................  $41,025.00

   1c. Copy line 63, Total of all property on Schedule A/B............................................................  $185,025.00

### Part 2:    Summarize Your Liabilities

**Your liabilities** <br> Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) <br>
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....  $158,825.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) <br>
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................  $4,203.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................  +  $4,929.00

   Your total liabilities    $167,957.00

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I) <br>
   Copy your combined monthly income from line 12 of Schedule I..........................................................  $3,807.00

5. *Schedule J: Your Expenses* (Official Form 106J) <br>
   Copy your monthly expenses from line 22c of Schedule J...................................................................  $3,107.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1

Debtor 1   **Ryan Jeremy Krueger**              Case number (if known) **18-20197**

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**    **$5,341.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   |  | Total claim |
   |---|---|
   | From Part 4 on *Schedule E/F,* copy the following: | |
   | 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $4,203.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | $0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | **$4,203.00** |

STATE OF GEORGIA
COUNTY OF FORSYTH

## VERIFICATION

I, Ryan Jeremy Krueger, petitioner in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

/s/
Ryan Jeremy Krueger

Dated: March 27, 2018

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| RYAN JEREMY KRUEGER, | * | |
| | * | |
| Debtor. | * | CASE NO. 18-20197-JRS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing Amended Schedules upon the following parties by electronic notice and/or by first class U.S. mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**Nancy M. Whaley**           **electronic notice**
Chapter 13 Trustee

Ryan Jeremy Krueger
8355 Gabriel Court
Gainesville, GA 30506

All Creditors on Attached Matrix

Dated: March 27, 2018

**GINGOLD & GINGOLD LLC**
Counsel for Debtor

By: _____/s/_____
Jamie L. Gingold
Ga. Bar No. 295401
1718 Peachtree Street, NW
Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

Label Matrix for local noticing
113E-2
Case 18-20197-jrs
Northern District of Georgia
Gainesville
Mon Mar 26 14:34:46 EDT 2018

Amy Krueger
8355 Gabriel Court
Gainesville, GA 30506-6854

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carrington Mortgage Services Inc.
P.O. Box 5001
Westfield, IN 46074-5001

Carrington Mortgage Services, LLC
1600 south Douglass Road
Anaheim, CA 92806-5951

Chestatee Ridge HOA
Attention: Deena Barrett
P.O. Box 5283
Gainesville, GA 30504-0283

Comenity Bank/Victoria's Secret
P.O. Box 182789
Columbus, OH 43218-2789

Consumer Portfolio Services
19500 Jamboree Road
Irvine, CA 92612-2411

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619-7071

Credit One Bank
P.O. Box 90873
Las Vegas, NV 89193

Directv
P.O. Box 105261
Atlanta, GA 30348-5261

Exeter Finance
PO Box 166008
Irving TX 75016-6008

Exeter Finance Corp.
3885 Crestwood Parkway
Duluth, GA 30096-7165

Exeter Finance LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Ira D. Gingold
Gingold & Gingold LLC
Suite 385
1718 Peachtree Street NW
Atlanta, GA 30309-2498

Kohls
P.O. Box 3115
Milwaukee, WI 53201-3115

Ryan Jeremy Krueger
8355 Gabriel Court
Gainesville, GA 30506-6854

Taylor S. Mansell
Shapiro Pendergast & Hasty, LLP
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346-1305

Medical Data Systems
2120 15th Avenue
Vero Beach, FL 32960-3436

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

(p)NORTHEAST GEORGIA MEDICAL CENTER
PO BOX 741891
ATLANTA GA 30374-1891

Shapiro, Pendergast & Hasty, LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346-1305

TD Bank/Target Credit
P.O. Box 673
Minneapolis, MN 55440-0673

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue              (d)Georgia Department of Revenue        NE Georgia Medical Center
Central Collection Section                 P.O. Box 105499                          P.O. Box 741891
1800 Century Blvd. NE, Suite 9100          Atlanta, GA 30348                        Atlanta, GA 30374
Atlanta, GA 30345
```

(d)NE Georgia Medical Center
P.O. Box 741891
Atlanta, GA 30374

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carrington Mortgage Services, LLC

```
End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26
```